IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-cv-0098

| | |
|---|---|
| THE PORK COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT'S** |
| v. ) | **NOTICE OF REMOVAL** |
| ) | [Title 28 U.S.C. § 1446] |
| SUMMIT INVESTMENTS SOUTHEAST, ) | |
| a Tennessee General Partnership, ) | |
| ) | |
| Defendant. ) | |

Defendant Summit Investments Southeast, a Tennessee General Partnership, by and through the undersigned counsel, hereby gives notice that it is removing this action to the United States District Court for the Eastern District of North Carolina under 28 U.S.C. §§ 1332(a)(1) and 1441(a), and pursuant to 28 U.S.C. § 1446(a) and (b). As grounds therefore, Defendant states as follows:

1. On May 12, 2017, Plaintiff initiated this action by the filing of a complaint in the Superior Court of Duplin County, North Carolina captioned *The Pork Company v. Summit Investments Southeast, a Tennessee General Partnership,* Case No. 17 CVS 342. A true and correct copy of the Summons and Complaint is attached hereto as **Exhibit A**.

2. The Complaint was served on Defendant on May 15, 2017 via Federal Express package delivered to Mr. Joseph A. Hollingsworth at Defendant's principal place of business in Clinton, Tennessee.

3. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because it is filed within thirty (30) days after receipt by Defendant of the initial pleading setting forth the claim for relief on which this action is based.

## Venue

4. Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where this action has been pending (Duplin County) is located within this district.

## Diversity of Citizenship

5. As alleged in Plaintiff's Complaint, Plaintiff "is a Delaware corporation authorized to do business in North Carolina with a principal place of business in Duplin County, North Carolina." [**Exhibit A**, Complaint, ¶ 1]

6. For the purposes of the Court's diversity of citizenship jurisdiction, Plaintiff is a citizen of Delaware and North Carolina. 28 U.S.C. § 1332(c)(1).

7. Defendant is a Tennessee general partnership between two partners, Joseph A. Hollingsworth, Jr. and the Hollingsworth Family Trust.

8. Joseph A. Hollingsworth, Jr. is a citizen and resident of Clinton, Anderson County, Tennessee.

9. The trustee of the Hollingsworth Family Trust is Brenda Bice. Ms. Bice is a citizen and resident of Clinton, Anderson County, Tennessee.

10. There is complete diversity of citizenship between the parties to this action under 28 U.S.C. § 1332(a)(1).

## Amount in Controversy

11. Plaintiff has leased from Defendant certain commercial property located in Duplin County, North Carolina. The property, which includes commercial buildings, is listed by the Duplin County Tax Office as having a tax value of $5,703,673.00. The property has been marketed for $13,942,000.00.

12. The controversy in this case revolves around various modifications Plaintiff has made to Defendant's property. Plaintiff seeks a declaratory judgment as to whether Plaintiff has breached the lease between the parties by making those modifications without Defendant's prior approval. The amount in controversy far exceeds $75,000.00.

13. First, Exhibit D to the Complaint contains a report of the Itemized Defaults by Plaintiff. The report provides a description of Plaintiff's defaults and the monetary amount associated with those defaults. The total monetary value of those defaults is $1,945,000.00.

14. Second, in its Complaint, Plaintiff seeks a Declaratory Judgment that it has not breached the lease, and that Defendant is not entitled to monetary damages from Plaintiff. The amount in controversy on this claim exceeds $75,000.00. 28 U.S.C. § 1446(c)(2)(A)(1).

15. Third, in exhibits attached to its Complaint, Plaintiff alleges that it has incurred over $5 million in costs related to various improvements made to the property. Other exhibits attached to the Complaint reference Plaintiff's failure to install a sprinkler system in portions of the property, and provide a quote "in excess of $150,000.00" to attempt to address this issue.

16. Although the Complaint—in accordance with North Carolina law—recites only that Plaintiff is seeking damages on each of its four claims for relief "in excess of $25,000.00," the total amount in controversy on these claims far exceeds $75,000.00, excluding interest and costs. As such, the jurisdictional amount in controversy requirement is satisfied. 28 U.S.C. § 1446(c)(2)(A)(2).

### Notice in State Court Proceeding and Reservation of Rights

17. Not later than seven (7) days after the filing of this notice of removal, Defendant will file a copy of this Notice with the Clerk of the Duplin County Superior Court as required by 28 U.S.C. § 1446(d).

18. Defendant reserves the right to supplement the averments of this Notice in the event Plaintiff seeks remand to the state courts.

WHEREFORE, Defendant hereby removes this action from the Duplin County Superior Court to this Court.

This the 23rd day of May, 2017.

/s/ Douglas E. Kingsbery
Douglas E. Kingsbery
N.C. State Bar No. 9307

/s/ F. Hill Allen
F. Hill Allen
N.C. State Bar No.18884

**THARRINGTON SMITH, L.L.P.**
150 Fayetteville Street, Suite 1800
Post Office Box 1151
Raleigh, North Carolina 27602-1151
Telephone: (919) 821-4711
Facsimile: (919) 829-1583
Email: dek@tharringtonsmith.com
hallen@tharringtonsmith.com

*Counsel for the Defendant*

/s/ Dean T. Howell
Dean T. Howell
Tenn. State Bar No. 022130

**WOOLF, McCLANE, BRIGHT, ALLAN & CARPENTER, PLLC**
Post Office Box 900
Knoxville, Tennessee 37901-0900
Telephone: (865) 215-1000
Facsimile: (865) 215-1001
Email: dhowell@wmbac.com

*Counsel for Defendant*

5

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing DEFENDANT'S NOTICE OF REMOVAL was this day electronically filed with the Clerk of the Court using CM/ECF and was served on counsel for the Plaintiff by placing a true and correct copy thereof in the United States mail, first-class postage pre-paid, and addressed to:

      J. Nicholas Ellis
      POYNER SPRUILL, LLP
      Post Office Box 353
      Rocky Mount, North Carolina 27802-0353

This the 23rd day of May, 2017.

                                                      /s/ Douglas E. Kingsbery
                                                      Douglas E. Kingsbery
                                                      N.C. State Bar No. 9307

6

Case 7:17-cv-00098-FL    Document 1    Filed 05/23/17    Page 6 of 6