IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:17-CV-0098-FL

| | |
|---|---|
| THE PORK COMPANY<br><br>                  Plaintiff,<br><br>vs.<br><br>SUMMIT INVESTMENTS SOUTHEAST, a Tennessee General Partnership,<br><br>                  Defendant. | **ORDER ALLOWING JOINT MOTION TO STAY AND TOLL ALL DEADLINES** |

UPON CONSIDERATION of the parties' Second Joint Motion to Stay and Toll All Deadlines, the Court has reviewed the status of this case and finds that it is in the best interest of the parties to allow them to pursue settlement negotiations and that a stay of all pending deadlines for sixty (60) days would be beneficial to those negotiations.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED and for good cause shown, that the Joint Motion to Stay and Toll All Deadlines is granted and that this action is stayed for a period of sixty (60) days from the entry of the Court's order, and that the deadline for Defendant to file a response to the Complaint is reset for ten (10) days following the Court's lift of the stay.

This the 11th day of October, 2017.

*/s/ Louis W. Flanagan*
_____
United States District Court Judge