# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# 7:17-CV-0098-FL

| | |
|---|---|
| THE PORK COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>SUMMIT INVESTMENTS SOUTHEAST, a Tennessee General Partnership,<br><br>Defendant. | **ORDER ALLOWING EXPEDITED THIRD JOINT MOTION TO STAY AND TOLL ALL DEADLINES** |

UPON CONSIDERATION of the parties' Expedited Third Joint Motion to Stay and Toll All Deadlines, the Court has reviewed the status of this case and finds that it is in the best interest of the parties to allow them to pursue settlement negotiations and that a stay of all pending deadlines for ninety (90) days would be beneficial to those negotiations.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED and for good cause shown, that the Expedited Third Joint Motion to Stay and Toll All Deadlines is granted and that this action is stayed for a period of ninety (90) days from the entry of the Court's order, and that the deadline for Defendant to file a response to the Complaint is reset for ten (10) days following the Court's lift of the stay.

This the 21st day of December, 2017.

_____
United States District Court Judge