# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# 7:17-CV-0098-FL

| | |
|---|---|
| THE PORK COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>SUMMIT INVESTMENTS SOUTHEAST, a Tennessee General Partnership,<br><br>Defendant. | **ORDER ALLOWING FOURTH JOINT MOTION TO STAY AND TOLL ALL DEADLINES** |

UPON CONSIDERATION of the parties' Fourth Joint Motion to Stay and Toll All Deadlines, the Court has reviewed the status of this case and finds that it is in the best interests of the parties to allow them to pursue settlement negotiations and that a stay of all pending deadlines until June 15, 2018 would be beneficial to those negotiations.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED and for good cause shown, that the Fourth Motion to Stay and Toll All Deadlines is granted and that this action is stayed until June 15, 2018, and that the deadline for Defendant to file a response to the Complaint is reset for ten (10) days following the Court's lift of the stay.

This the 20th day of March, 2018.

_____
Louise Wood Flanagan
United States District Court Judge